UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.:  14-37948
Raymond Cadena )
 )  Chapter: 13
 )  Honorable LaShonda Hunt
 )
 )
Debtor(s) )

## ORDER AUTHORIZING DISBURSEMENT OF FUNDS

THIS MATTER coming to be heard on the MOTION TO AUTHORIZE DISBURSEMENT OF FUNDS, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED:

1. GEICO is authorized to disburse $1,466.57 in insurance funds to the lienholder and $1,207.00 to the Debtor

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  June 26, 2017

**Prepared by:**

Dale Riley
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603